DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.Y.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES** and
**GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D18-1272

[July 26, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Alberto Ribas, Judge; L.T. Case No. 17-3703CJ DP.

Jennifer Barbookles, Tampa, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Fort Lauderdale, for appellee Department of Children & Families.

Heather Sayfie, Hallandale Beach, and Thomasina Moore, Tallahassee, for appellee Guardian Ad Litem Program.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***